UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL BRUNO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. RENAL CARE, INC., et al.,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-04617-FLA (MRWx)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THE ACTION FOR LACK OF PROSECUTION** |

1

On June 13, 2023, the court granted the parties' joint stipulation to continue the deadline to file a motion for preliminary approval of class action settlement (the "motion") from June 16, 2023, to August 15, 2023.  Dkt. 53.  Plaintiff has not filed the motion, as of the date of this Order.

Accordingly, the court ORDERS Plaintiff to Show Cause ("OSC") in writing by October 2, 2023, why the court should not dismiss the action without prejudice for lack of prosecution.  *See* Fed. R. Civ. P. 41(b).  Failure to respond timely may result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: September 25, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2