JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL BRUNO,<br><br>                Plaintiff,<br><br>    v.<br><br>U.S. RENAL CARE, INC., *et al.*,<br><br>                Defendants. | Case No. 2:21-cv-04617-FLA (MRWx)<br><br>**JUDGMENT** |

For the reasons stated in the court's Order Granting the Motion for Final Approval of Class Action and PAGA Settlement ("Final Approval Order," Dkt. 90), which is incorporated by reference herein, the court hereby FINDS, ORDERS, and ENTERS JUDGMENT as follows:

1. The court hereby GRANTS final approval of the Second Amended Joint Stipulation of Class Action and PAGA Settlement and Release of Claims ("Settlement Agreement," Dkt. 80 at 9–45) and finds that it is fair, reasonable, adequate, and in the best interests of the California Class, FCRA Class, PAGA Group, and State of California as a whole.

2. Notice has been provided to the California Labor and Workforce Development Agency ("LWDA"), as required under the California Private Attorney's General Act of 2004, Cal. Labor Code § 2699(*l*) (2021). The LWDA has not objected to the PAGA Settlement and did not appear at the hearing on the Motion for Final Approval of Class Action and PAGA Settlement ("Motion," Dkt. 87).

3. The court further finds that a full opportunity has been afforded to the California and FCRA Class Members, PAGA Group Members, and LWDA, to participate in the hearing on the Motion, and all Members and other persons wishing to be heard have been heard.

4. All California and FCRA Class Members have had a full and fair opportunity to exclude themselves from the California and FCRA Settlements. All PAGA Group Members and the LWDA have had a full and fair opportunity to object to the PAGA Settlement. Accordingly, all California and FCRA Class Members who did not submit a valid and timely Request for Exclusion, all PAGA Group Members, and the State of California shall be bound by the Settlement Agreement, the Final Approval Order, and this Judgment.

///

5. Within fourteen (14) calendar days of the date of this Judgment, Defendant shall fund the Gross Settlement Fund plus the employer's share of payroll taxes due on the portion of the Individual California Settlement Payments that is allocated to wages, in accordance with the terms and process set forth in the Settlement Agreement and Final Approval Order.

6. Within seven (7) calendar days of the receipt of the Gross Settlement Fund, the Settlement Administrator shall make distributions in accordance with the terms of the Settlement Agreement and Final Approval Order.

7. Each Individual California, FCRA, and PAGA Settlement Payment shall be valid and negotiable for one hundred and eighty (180) calendar days from the date the checks are issued and shall be canceled thereafter. All funds associated with such canceled checks shall be transmitted to the State of California Office of the Controller Unclaimed Property Division in the name of the Settlement Class Members and/or PAGA Group Member who did not cash his/her/their Settlement check, according to the terms and process set forth in the Settlement Agreement.

8. The California and FCRA Class Members, PAGA Group Members, and Plaintiff Manuel Bruno shall be conclusively determined to have given a release of any and all released claims against any and all Released Parties, as set forth in the Settlement Agreement and Notices.

9. After entry of this Final Approval Order and Judgment, the court shall retain jurisdiction to construe, interpret, implement, and enforce the Settlement Agreement and this Final Approval Order and Judgment, to hear and resolve any contested challenge to a claim for settlement benefits, and to supervise and adjudicate any dispute arising from or in connection with the distribution of settlement benefits.

10. Individualized notice of this Final Approval Order and Judgment is not required to be provided to Class Members. A copy of the Final Approval

Order and Judgment shall be posted on the Settlement Administrator's website, which shall be made accessible to Class Members for a period of at least one (1) year after the date of entry of the Final Approval Order and Judgment.

11. The parties shall meet and confer, and file a joint statement within one (1) year of the date this Order is posted on the court's docket, identifying: (1) the number of settlement checks that remain uncashed; and (2) the total amount of funds transmitted to the State of California Office of the Controller, Unclaimed Property Division.

IT IS SO ORDERED.

Dated: January 5, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge